IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| KENESAW LEASING, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No.: 3:05-cv-00556 |
| | § | |
| RANDY WRIGHT, | § | |
| | § | |
| Defendant. | § | |

**DEFAULT JUDGMENT**

The Defendant, Randy Wright, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of Plaintiff and upon affidavit that Defendant is indebted to Plaintiff in the principal sum of $48,218.18 plus attorney fees and interest thereon; that Defendant has been defaulted from failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED and DECREED that Plaintiff, Kenesaw Leasing, Inc., recover of the Defendant, Randy Wright, the sum of $48,218.18 plus attorney fees, costs, and interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Clerk at the request of the Plaintiff and upon affidavit that said amount is due in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

ENTER this 11th day of July, 2006.

PATRICIA L. McNUTT, CLERK

s/ Jason Huffaker
Deputy Clerk

1